# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141209

CUMULUS BROADCASTING, LLC,
      Plaintiff-Appellee,

v

SC: 141209
COA: 290112
Kent CC: 2008-009920-CK

MARK KEADY a/k/a JAY DEACON,
      Defendant-Appellant,

and

WARREN KLUCK,
      Defendant-Appellee.
_____/

On order of the Court, the application for leave to appeal the April 29, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

s0920